IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUTH LEONARD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 4 06CV 00202 CDP |
| ) | |
| AIR EVAC EMS, INC. ) | |
| ) | |
| Defendant. ) | |

ACKNOWLEDGMENT OF RECEIPT AND
SATISFACTION OF JUDGMENT AND ORDER APPROVING
<u>WRONGFUL DEATH SETTLEMENT</u>

Plaintiffs Ruth Leonard, individually and as Personal Representative of the Estate of Jerry Leonard and Keith A. Leonard, Steven R. Leonard, Sandra S. Leonard and Debra Ann Jacob, by and through their attorneys of record and pursuant to the Court's Judgment and Order Approving the Settlement of the Wrongful Death Claim of Jerry Leonard state as follows:

1. Plaintiff have collected the Settlement Proceeds as approved by the Court, paid the attorneys fees and expenses as directed by the Court and distributed the balance of the Settlement Proceeds in accordance with this Court's Judgment Entry.

2. Plaintiffs have executed the Settlement Agreement and Release as directed by the Court.

3. Plaintiffs and their attorneys acknowledge receipt of the Settlement Proceeds in accordance with the Order of the Court approving the settlement and further acknowledge satisfaction of the judgment against defendant Air Evac, EMS, Inc.

4. Plaintiffs hereby dismiss the above-captioned cause with prejudice with each party to bear their own costs.

Respectfully submitted,

THE PADBERG AND CORRIGAN LAW FIRM

By /s/ Matthew J. Padberg
Matthew J. Padberg No. 4021
1010 Market Street, Suite 650
St. Louis, Missouri 63101
Phone: (314) 621-2900
Fax (314) 621-2868

NURENBERG, PARIS, HELLER & McCARTHY, L.P.A.

By /s/ Jamie R. Lebovitz
Mr. Jamie R. Lebovitz
Ms. Brenda M. Johnson
1370 Ontario Street Suite 100
Cleveland, Ohio 44113-1792
(216) 621-2300 (216)
771-2242 (facsimile)
Attorney for Plaintiffs

So Ordered: /s/ Catherine D. Perry
Catherine D. Perry
United States District Judge

Date: 12/12/06

2